IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00467 (CBS)

LGS GROUP, INC.,

      Plaintiff,

v.

WINDSOR TECHNOLOGIES, INC.,

      Defendant.
_____

## ORDER DIRECTING PLAINTIFF TO SHOW CAUSE
_____

      This matter comes before the Court on plaintiff's motion for an order directing defendant to show cause for failure to comply with this Court's order of June 13, 2005, or in the alternative for a status conference (Dkt. # 47).

      On June 13, 2005, the Court granted the motion of defendant's counsel to withdraw from the case and directed defendant, a corporation, to obtain counsel and have such counsel file a notice of appearance within 30 days of the order.  More than 30 days elapsed and defendant failed to cause new counsel to file a notice of appearance.  Plaintiff filed the instant motion on August 3, 2005.  More than 20 days have elapsed since the filing of plaintiff's motion and defendant has filed no response.

      Accordingly, the plaintiff's motion is GRANTED, in part, and defendant is directed to show cause no later than September 9, 2005 why it has failed to obtain counsel and cause counsel to file an entry of appearance in this case.  The defendant is reminded that "a corporation may appear in the federal courts only through licensed

counsel." *Rowland v. California Men's Colony, Unit II, Men's Advisory Council,* 506

U.S. 194, 202 (1993); *see also Amoco Production v. Aspen Group*, 25 F. Supp. 2d

1162, 1166 (D. Colo. 1998).

The defendant is further cautioned that failure to comply with this order, or the

order of June 13, 2005, may result in the striking of counterclaims filed by defendant or

in the entry of default judgment against defendant, or both.

DATED:  August 23, 2005

BY THE COURT:


s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge