IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00467 (CBS)

LGS GROUP, INC.,

    Plaintiff,

v.

WINDSOR TECHNOLOGIES, INC.,

    Defendant.

_____

**ORDER DIRECTING DEFAULT AND ENTRY OF DEFAULT JUDGMENT**
_____

This matter comes before the Court, *sua sponte*, pursuant to the failure of Defendant Windsor Technologies, Inc. to comply with this Court's Order of June 13, 2005, in which the Court granted the motion of defendant's counsel to withdraw from the case and directed defendant, a corporation, to obtain counsel and have such counsel file a notice of appearance within 30 days of the order, and pursuant to the defendant's failure to show cause to the Court no later than September 9, 2005, as ordered on August 23, 2005, why it has failed to obtain counsel and cause counsel to file an entry of appearance in this case.

In the Court's Order to Show Cause entered on August 23, 2005, the defendant was cautioned that failure to comply with that Order, or the Order of June 13, 2005, may result in the striking of defendant's counterclaims and defendant's answer, or in the entry of default judgment against defendant, or both.

As defendant has failed to make a response to the Order to Show Cause, and

has failed to obtain counsel and cause counsel to file an entry of appearance in this case, it is hereby Ordered that defendant's counterclaims are stricken, that defendant's answer to the complaint is stricken, and that the Clerk of Court is directed to enter a default judgment against Defendant Windsor Technologies, Inc.

The Court notes that a prior default judgment was entered against defendant on August 5, 2004, when defendant had failed to timely file an answer to the complaint, and that the amount of that judgment was $352,964.99 (Canadian Dollars) plus costs and attorneys' fees in the amount of $24,438.28 (U.S. Dollars). That default judgment was vacated by Order of the Court on April 26, 2005, and defendant was allowed to file a responsive pleading.  However, based on the prior entry of default judgment, the Court finds that it is not necessary at this time to conduct a hearing pursuant to F.R.Civ.P. 55(b) to determine the amount of the damages.

Accordingly, as defendant has failed to comply with this Court's orders and the applicable law, the Clerk of the Court is now directed to enter judgment against Defendant Windsor Technologies, Inc. and in favor of Plaintiff LGS Group, Inc., in the amount of $352,964.99 (Canadian Dollars), plus costs and attorneys' fees in the amount of $24,438.28 (U.S. Dollars), plus interest at the rate of 8% on the combined amount from August 5, 2004 to the date of judgment, together with post-judgment interest at the statutory rate.

DATED: September 14, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge